"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY ERVIN,<br><br>        Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL,<br><br>        Respondent. | Case No. CV 08-1444-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's request for evidentiary hearing is denied and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 7/22/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE