Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY ERVIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT A. HOREL,<br><br>　　　　Respondent. | Case No. CV 08-1444-GAF (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/22/08

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE